ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :
            - v. -                :          **SEALED**
                                  :          **INDICTMENT**
BASHI MUSE,                       :
ALI AWAD,                         :          06 Cr.
      a/k/a "Alex,"               :       0 6 CRIM. 06 00
      a/k/a "Ali Osman,"          :
ABDI EMIL MOGE,                   :
      a/k/a "Abdi Ilmoge,"        :
OSMAN OSMAN,                      :
ABDINUR AHMED DAHIR,              :
      a/k/a "Abdiqadir Husserin," :
ALI DUALEH,                       :
      a/k/a "Xidig,"              :
OMER ALI ABDIRIZAK,               :
      a/k/a "Abdulrazak,"         :
      a/k/a "Antenno,"            :
MOHAMED AHMED,                    :
      a/k/a "Mohamed Sharif,"     :
      a/k/a "Halloween,"          :
SAEED BAJUUN,                     :
      a/k/a "Mohmad Ahmed,"       :
YASIR MOHAMED,                    :
      a/k/a "Nadif,"              :
SOFIA ROBLES,                     :
      a/k/a "Marcus,"             :
ISSE ALI SALAD,                   :
DAHIR ABDULLE SHIRE,              :
      a/k/a "Jarato,"             :
MOHAHMED ABDILLAHI MOHAMED,       :
      a/k/a "Garad,"              :
ABDULKADIR SHIRE,                 :
      a/k/a "Fanah,"              :
ISMAIL ALI MOHAMED,               :
      a/k/a "Ali Bidar,"          :
MOHAMED JAMA,                     :
      a/k/a "Jibouti,"            :
HASSAN SADIQ MOHAMED,             :
      a/k/a "Gacal,"              :
MUHIDIN MOHAMED,                  :
      a/k/a "Muqabelow,"          :
LIBAN HASHI,                      :
BASHIR AHMED,                     :
MOHAMED ALI,                      :
      a/k/a "Will Isse,"          :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 1
DATE FILED: JUL 1 9 2006

JUDGE COTE

```
AHMED ISMAIL,                         :
     a/k/a "Bistollo,"                :
ABDULAHI HUSSEIN,                     :
AHMED SHERIF HASHIM,                  :
MAXAMED ABSHAR,                       :
HUSSEIN AHMED MOHAMED,                :
ABSHIR AHMED,                         :
     a/k/a "Liban,"                   :
LIBAN ABDULLE,                        :
ISMACIIL GEELE,                       :
AHMED MOHAMOUD EGAL,                  :
     a/k/a "Arabey,"                  :
MOHAMED SHIREH,                       :
DEKO OHERSI,                          :
     a/k/a "Deqa,"                    :
ABDUL HERSI,                          :
     a/k/a "Hurwa,"                   :
WELI MOHAMED ABDI,                    :
     a/k/a "Shine,"                   :
WARFA ABDI DIRIE,                     :
     a/k/a "Jeri,"                    :
HASSAN YUSUF,                         :
MAHAMUD AFDHUB,                       :
WARSAME GULED,                        :
ISSE ABDIWAAB,                        :
     a/k/a "Numberka,"                :
YOUNAS HAJI,                          :
MOHAMED MOHAMED,                      :
     a/k/a "Tegro,"                   :
ABDIAZIS SALAH MOHAMED,               :
     a/k/a "Alcohol," and             :
OMAR OSMAN MOHAMED,                   :
                                      :
                   Defendants.        :
                                      :
- - - - - - - - - - - - - - - - - -x
```

## COUNT ONE

(Khat Distribution Conspiracy)

The Grand Jury charges:

1.   From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New York and elsewhere, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a

2

"Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN,
ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH,
a/k/a "Xidig," OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a
"Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a
"Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED,
a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD,
DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED,
a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI
MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN
SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow,"
LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED
ISMAIL, a/k/a "Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM,
MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a
"Liban," LIBAN ABDULLE, ISMACIIL GEELE, AHMED MOHAMOUD EGAL,
a/k/a "Arabey," MOHAMED SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL
HERSI, a/k/a "Hurwa," WELI MOHAMED ABDI, a/k/a "Shine," WARFA
ABDI DIRIE, a/k/a "Jeri," HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME
GULED, ISSE ABDIWAAB, a/k/a "Numberka," YOUNAS HAJI, MOHAMED
MOHAMED, a/k/a "Tegro," ABDIAZIS SALAH MOHAMED, a/k/a "Alcohol,"
and OMAR OSMAN MOHAMED, the defendants, and others known and
unknown, unlawfully, intentionally, and knowingly combined,
conspired, confederated, and agreed together and with each other
to violate the narcotics laws of the United States.

        2.    It was a part and an object of the conspiracy that
BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL

MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR,
a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI
ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED,
a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a
"Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a
"Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato,"
MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE,
a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED
JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal,"
MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED,
MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo,"
ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN
AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE,
ISMACIIL GEELE, AHMED MOHAMOUD EGAL, a/k/a "Arabey," MOHAMED
SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL HERSI, a/k/a "Hurwa,"
WELI MOHAMED ABDI, a/k/a "Shine," WARFA ABDI DIRIE, a/k/a "Jeri,"
HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME GULED, ISSE ABDIWAAB, a/k/a
"Numberka," YOUNAS HAJI, MOHAMED MOHAMED, a/k/a "Tegro," ABDIAZIS
SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the
defendants, and others known and unknown, would and did
distribute and possess with intent to distribute a controlled
substance, to wit, mixtures and substances containing a
detectable amount of cathinone, in a form commonly known as
"khat," in violation of Sections 812, 841(a)(1) and 841(b)(1)(C)
of Title 21 of the United States Code.

4

## THE MEANS AND METHODS OF THE CONSPIRACY

### I.   THE CULTIVATION AND USE OF KHAT

3.   The "khat" plant (catha edulis) (hereinafter, "khat") is a tall, flowering, evergreen shrub cultivated throughout the Horn of Africa, including in Kenya and Ethiopia. A photograph of khat plants growing in Africa is attached hereto. Among the active ingredients in khat are cathinone, a stimulant which is classified as a Schedule I controlled substance under United States law, and cathine, which is classified as a Schedule IV controlled substance under United States law.

4.   Users of khat chew the leaves and young shoots of the plant, swallowing the juice and storing the residue in the side of the mouth until the cheek bulges.   The general effect of chewing khat is one of euphoria and stimulation.   Side effects from chewing khat include anorexia, heart disease, hypertension, cancer of the mouth, disorientation, gastric disorders, hallucination, hyperactivity, hypertension, impotence, insomnia, outbursts of irrational violence and, in exceptional cases, toxic psychosis.

### II.   THE GLOBAL KHAT TRADE

5.   Much of the khat in Africa is cultivated for export to khat users in other countries, including the United States and Europe.   Approximately 150 tons of khat are exported from Kenya each week.   Khat is Ethiopia's fourth largest export, and Ethiopia exports more khat than coffee each year.   Criminal

5

organizations based in Africa export hundreds of thousands of pounds of khat each year to the United States and Europe.

6.    Khat is most potent when used within days of cultivation. Khat traffickers, therefore, must operate efficiently to transport khat from the Horn of Africa, where it is cultivated, to khat users the United States and Europe. To this end, khat is harvested daily in Kenya and Ethiopia. To maintain moisture and freshness, khat traffickers use banana leaves to wrap individual plants into bundles. Each bundle typically contains 15 to 35 plants. A photograph of a bundle of khat is attached hereto.

7.    After the khat plants are harvested and wrapped into bundles, khat traffickers transport the bundles of khat by airplane from Kenya and Ethiopia to Europe. Khat traffickers then utilize two principal techniques to import khat from Europe into the United States for further distribution: (a) human couriers who fly on commercial aircraft with suitcases containing khat; and (b) express mail deliveries. Photographs of a suitcase containing khat seized from a human courier, and of boxes containing khat sent by express mail, are attached hereto.

**III. THE CRIMINAL ORGANIZATION'S KHAT-TRAFFICKING CRIMES**

8.    At all times relevant to this Indictment, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI

6

ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED,

a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a

"Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a

"Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato,"

MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE,

a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED

JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal,"

MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED,

MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo,"

ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN

AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE,

ISMACIIL GEELE, AHMED MOHAMOUD EGAL, a/k/a "Arabey," MOHAMED

SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL HERSI, a/k/a "Hurwa,"

WELI MOHAMED ABDI, a/k/a "Shine," WARFA ABDI DIRIE, a/k/a "Jeri,"

HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME GULED, ISSE ABDIWAAB, a/k/a

"Numberka," YOUNAS HAJI, MOHAMED MOHAMED, a/k/a "Tegro," ABDIAZIS

SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the

defendants, and others known and unknown, were members of an

international khat-trafficking organization (the "Organization")

that imported and distributed at least 25 tons of khat, with a

street value of more than $10 million, into and within the United

States between in or about December 2004 and in or about July

2005.  During the same time period, law enforcement seized more

than 5 tons of khat, worth more than $2 million, from the

Organization.

9.    The Organization imported and distributed khat into and within the United States by (i) arranging for shipments of khat from Africa to be carried from London to New York by human couriers flying on commercial airlines, or sending packages containing khat from the United Kingdom, Italy, the Netherlands, Germany, Austria and other countries in Europe to New York using commercial express mail services; (ii) retrieving the khat in New York and sending it by land to Ohio, Minnesota, Maine, Massachusetts, Utah, Washington, Illinois, the District of Columbia, and other states where the khat was sold on the streets; and (iii) collecting the cash proceeds from the khat sales, and arranging for the money to be laundered through bank accounts in the United States to bank accounts in Dubai, United Arab Emirates, for the benefit of the khat suppliers in Europe and Africa.

10.    At all times relevant to this Indictment, the following defendants performed the following roles in the Organization's khat-trafficking crimes:

a.    <u>Leaders/Organizers</u>.  At all times relevant to this Indictment, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," and OSMAN OSMAN, the defendants, were the principal leaders of the Organization's khat-trafficking activities.  MUSE was responsible for the Organization's importation of khat into New York using human couriers.  MOGE was a principal distributor of the Organization's

8

khat in Minnesota.  AWAD, assisted and advised by OSMAN, was one
of the Organization's primary leaders responsible for the
Organization's importation of khat in New York using express mail
packages.  OSMAN, who was employed at the United Nations, also
used the United Nations diplomatic pouch to smuggle khat into the
United States.  A photograph of one of the packages used by OSMAN
to smuggle khat into New York in the United Nations diplomatic
pouch is attached hereto.

       b.  <u>Regional Distributors</u>.  At all times relevant
to this Indictment, OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a
"Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a
"Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED,
a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD,
DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED,
a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI
MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN
SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow,"
LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED
ISMAIL, a/k/a "Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM,
MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a
"Liban," LIBAN ABDULLE, and ISMACIIL GEELE, the defendants, were
among the Organization's regional distributors responsible for
coordinating the distribution of the khat, imported by MUSE,
AWAD, and MOGE, to retail outlets in their respective cities
throughout the United States.  More specifically:

          (i)   MOHAMED AHMED, ISMAIL ALI MOHAMED, JAMA, HASSAN SADIQ MOHAMED, MUHIDIN MUHAMED, LIBAN HASHI, BASHIR AHMED, and MOHAMED ALI were among the Organization's regional distributors responsible for coordinating the distribution of khat in New York;

          (ii)  BAJUUN, HASSAN SADIQ MOHAMED, LIBAN ABDULLE, and ISMACIIL GEELE were among the Organization's regional distributors responsible for coordinating the distribution of khat in Massachusetts;

          (iii) YASIR MOHAMED, ROBLES, SALAD, and ISMAIL ALI MOHAMED were among the Organization's regional distributors responsible for coordinating the distribution of khat in Minnesota;

          (iv)  DAHIR ABDULLE SHIRE and MOHAHMED ABDILLAHI MOHAMED-GARAD were among the Organization's regional distributors responsible for coordinating the distribution of khat in the District of Columbia;

          (v)   ABDIRIZAK and ABDULKADIR SHIRE were among the Organization's regional distributors responsible for coordinating the distribution of khat in Ohio;

          (vi)  AHMED SHARIF HASHIM was among the Organization's regional distributors responsible for coordinating the distribution of khat in Utah;

(vii) ABDULLAHI HUSEIN was among the Organization's regional distributors responsible for coordinating the distribution of khat in Maine; and

c. <u>Transporters</u>. At all times relevant to this Indictment, AHMED MOHAMOUD EGAL, a/k/a "Arabey," MOHAMED SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL HERSI, a/k/a "Hurwa," WELI MOHAMED ABDI, a/k/a "Shine," WARFA ABDI DIRIE, a/k/a "Jeri," HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME GULED, ISSE ABDIWAAB, a/k/a "Numberka," YOUNAS HAJI, MOHAMED MOHAMED, a/k/a "Tegro," ABDIAZIS SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the defendants, were transporters for the Organization responsible for moving shipments of khat from one city to another city within the United States.

d. <u>Money Launderers</u>. At all times relevant to this Indictment, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," the defendants, were among the Organization's principal money launderers, and were responsible for receiving cash proceeds from the khat traffickers and arranging for the money to be laundered through bank accounts in the United States to bank accounts in Dubai, United Arab Emirates, for the benefit of the khat suppliers in Europe and Africa.

## **OVERT ACTS**

11. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among

others, were committed in the Southern District of New York and
elsewhere:

        a.   On or about December 24, 2004, in Long
Island, New York, MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a
"Halloween," the defendant, possessed approximately 73 kilograms
of khat.

        b.   On or about August 18, 2005, in Rego Park,
New York, HASSAN SADIQ MOHAMED, a/k/a "Gacal," and MUHIDIN
MOHAMED, a/k/a "Muqabelow," possessed approximately 87.49
kilograms of khat.

        c.   In or about December 2005, in New York, OSMAN
OSMAN, the defendant, received a shipment of khat in the United
Nations diplomatic pouch.

        d.   On or about December 13, 2005, in Fort Lee,
New Jersey, OSMAN OSMAN and ISSE ABDIWAAB, a/k/a "Numberka," the
defendants, possessed khat, which OSMAN had received in the
United Nations diplomatic pouch.

        e.   On or about January 20, 2006, at Dulles
International Airport in Virginia, two human couriers possessed
approximately 73 kilograms of khat that were to be delivered to
BASHI MUSE, the defendant.

        f.   On or about January 26, 2006, in New Jersey,
AHMED MOHAMOUD EGAL, a/k/a "Arabey," possessed approximately 23
kilograms of khat.

g.    On or about January 27, 2006, in New York, ISMACIIL GEELE, the defendant, attempted to receive a package containing approximately 40 kilograms of khat, which was seized by law enforcement.

h.    On or about January 31, 2006, in Maine, ABDULAHI HUSSEIN, the defendant, spoke with a law enforcement officer acting in an undercover capacity (the "Undercover") about recruiting the Undercover to fly to London and then return to the United States carrying khat.

i.    On or about February 10, 2006, in New York, New York, YOUNAS HAJI, the defendant, possessed approximately 7 kilograms of khat.

j.    On or about February 10, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and ALI DUALEH, a/k/a "Xidig," the defendants, spoke by telephone about the rate DUALEH would charge to launder khat proceeds for AWAD.

k.    On or about February 13, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, retrieved packages containing khat from a commercial mail delivery company.

l.    On or about February 16, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive a package, which was seized by law enforcement, containing approximately 25 kilograms of khat that had been shipped to New York from the Netherlands.

13

m.    On or about February 17, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to send packages containing approximately 45 kilograms of khat to California, which were seized by law enforcement.

n.    On or about February 21, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, and a co-conspirator not named as a defendant herein retrieved packages containing khat from a commercial mail delivery company.

o.    On or about February 23, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," and MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," the defendants, possessed approximately 16 kilograms of khat, which was seized by law enforcement.

p.    On or about February 25, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, told ISSE ALI SALAD, the defendant, over the telephone that SOFIA ROBLES, a/k/a "Marcus," the defendant, had described AWAD as the "king" of the khat business.

q.    On or about February 26, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive packages containing approximately 100 kilograms of khat, which were seized by law enforcement, and which were to be distributed by OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," and ISSE ALI SALAD, the defendants.

r.    On or about March 2, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to receive a package containing approximately 48 kilograms of khat, which was seized by law enforcement.

s.    On or about March 8, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to receive a package containing approximately 40 kilograms of khat, which was seized by law enforcement.

t.    On or about March 9, 2006, BASHI MUSE, the defendant, told a co-conspirator not named as a defendant herein over the telephone that "his experience in Columbus, [Ohio] was terrible, because Somalis living there have been ruined by khat."

u.    On or about March 10, 2006, BASHI MUSE and ABDUL HERSI, a/k/a "Hurwa," the defendants, spoke by telephone about HERSI picking up boxes of khat for MUSE.

v.    On or about March 13, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and AHMED ISMAIL, a/k/a "Bistollo," the defendants, spoke by telephone about ISMAIL distributing khat for AWAD.

w.    On or about March 13, 2006, in Ohio, MAXAMED ABSHAR and HUSSEIN AHMED MOHAMED, the defendants, possessed approximately 77 kilograms of khat, which was seized by law enforcement.

x.    On or about March 13, 2006, BASHI MUSE and
ABSHIR AHMED, a/k/a "Liban," the defendants, spoke by telephone
about the seizure of approximately 77 kilograms of khat in Ohio.

y.    On or about March 15, 2006, ALI AWAD, a/k/a
"Alex," a/k/a "Ali Osman," the defendant, told a co-conspirator
not named as a defendant herein over the telephone that AWAD
"runs the city of Minneapolis and he is the biggest mafia."

z.    On or about March 15, 2006, BASHI MUSE and
DEKO OHERSI, a/k/a "Deqa," the defendants, spoke by telephone
regarding OHERSI distributing khat for MUSE in Ohio.

aa.    On or about March 16, 2006, in New York, New
York, MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a
"Gacal," ABDULKADIR SHIRE, a/k/a "Fanah," YOUNAS HAJI, and SAEED
BAJUUN, a/k/a "Mohamed Ahmed," the defendants, attempted to
receive packages containing approximately 141 kilograms of khat,
which were seized by law enforcement.

bb.    On or about March 17, 2006, in New York, New
York, MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a
"Gacal," ABDULKADIR SHIRE,  a/k/a "Fanah," and YOUNAS HAJI, the
defendants, attempted to receive packages containing
approximately 46 kilograms of khat, which were seized by law
enforcement.

cc.    On or about March 17, 2006, in Minnesota,
SOFIA ROBLES, a/k/a "Marcus," and WELI MOHAMED ABDI, a/k/a
"Shine," the defendants, possessed a box containing khat.

16

dd.   On or about March 23, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," MAHAMUD AFDHUB, SAEED BAJUUN, a/k/a "Mohamed Ahmed," and HASSAN SADIQ MOHAMED, a/k/a "Gacal," the defendants, attempted to receive packages containing approximately 101 kilograms of khat, which were seized by law enforcement.

ee.   On or about March 23, 2006, in New York, New York, BASHI MUSE, the defendant, met a human courier not named as a defendant herein and the courier's three-year-old child to pay the courier for transporting khat to New York from London.

ff.   On or about March 23, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and WARFA ABDI DIRIE, a/k/a "Jeri," the defendants, spoke by telephone regarding DIRIE picking up khat for AWAD.

gg.   On or about March 29, 2006, in New York, ABDULKADIR SHIRE, a/k/a "Fanah," the defendant, possessed approximately 53 kilograms of khat, which he attempted to deliver for BASHI MUSE, ISMACIIL GEELE, and BASHIR AHMED, the defendants.

hh.   On or about April 10, 2006, in Minnesota, ABDIAZIS SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the defendants, possessed approximately 2.7 kilograms of khat.

ii.   On or about April 11, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," the defendant, attempted to receive a package containing approximately 97 kilograms of khat, which was seized by law enforcement.

jj.  On or about April 19, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," MAHAMUD AFDHUB, and OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," the defendants, attempted to receive packages containing approximately 63 kilograms of khat, which were seized by law enforcement.

kk.  On or about April 19, 2006, BASHI MUSE and HASSAN YUSUF, the defendants, spoke by telephone about MUSE's distribution of khat to YUSUF.

ll.  On or about May 3, 2006, in New York, BASHI MUSE, ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," MOHAMED MOHAMED, a/k/a "Tegro," and WARSAME GULED, the defendants, attempted to receive approximately 70 kilograms of khat, which had been imported into the United States by a human courier.

mm.  On or about May 8, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," and ISMACIIL GEELE, the defendants, attempted to receive packages containing approximately 45 kilograms of khat, which were seized by law enforcement.

nn.  On or about May 16, 2006, in New York, New York, BASHI MUSE, the defendant, attempted to receive packages containing approximately 22 kilograms of khat, which were seized by law enforcement.

oo.  On or about May 23, 2006, in New York, New York, BASHI MUSE and AHMED MOHAMOUD EGAL, a/k/a "Arabey," the

defendants, and a co-conspirator not named as a defendant herein, attempted to receive packages containing approximately 41 kilograms of khat, which were seized by law enforcement.

pp.  On or about June 7, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive packages containing approximately 10 kilograms of khat, which were seized by law enforcement.

qq.  On or about June 2, 2006, BASHI MUSE and MOHAMED ALI, a/k/a "Will Isse," the defendants, spoke by telephone about ALI picking up khat for MUSE that had arrived in the United States from the Netherlands.

rr.  On or about June 10, 2006, in Minnesota, BASHI MUSE and YASIR MOHAMED, a/k/a "Nadif," the defendants, drove to an airport to meet a human courier transporting khat into the United States.

ss.  On or about June 23, 2006, BASHI MUSE and ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," the defendants, spoke by telephone and MOHMAED provided MUSE with the name of a khat customer MUSE suspected of stealing khat from him who MUSE wanted to kill.

tt.  On or about June 23, 2006, BASHI MUSE, the defendant recorded a voicemail message for the khat customer who he suspected of having stolen khat from him, stating "Be prepared for your death.  I swear to God you will die."

uu.  On or about June 27, 2006, in New York, New York, BASHI MUSE, the defendant, delivered approximately 7 kilograms of khat to a co-conspirator not named as a defendant herein.

vv.  On or about June 28, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive a package containing approximately 7 kilograms of khat, which was seized by law enforcement.

ww.  On or about June 29, 2006, BASHI MUSE and ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," the defendants, spoke by telephone about MUSE's efforts to kill a khat customer who MUSE suspected of stealing khat from him.

xx.  On or about July 7, 2006, in Utah, AHMED SHERIF HASHIM, the defendant, attempted to receive a package containing approximately 44 kilograms of khat, which was seized by law enforcement.

yy.  On or about July 12, 2006, in New York, New York, MOHAMED SHIREH, the defendant, possessed approximately three boxes containing approximately 31 kilograms of khat.

(Title 21, United States Code, Section 846.)

## COUNT TWO

(Khat Importation Conspiracy)

The Grand Jury further charges:

11.   The allegations set forth in paragraphs one through ten are repeated and re-alleged as if fully set forth herein.

12.   From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New York and elsewhere, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE, and ISMACIIL GEELE, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together

21

and with each other to violate the narcotics laws of the United States.

13.   It was a part and an object of the conspiracy that BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE, and ISMACIIL GEELE, the defendants, and others known and unknown, would and did import into the United States from a place outside thereof a controlled substance, to wit, mixtures and substances containing a detectable amount of cathinone, in a form commonly known as "khat," in violation of Sections 812, 952(a) and 960(b)(3) of Title 21 of the United States Code.

**OVERT ACTS**

14.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about December 24, 2004, in Long Island, New York, MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," the defendant, possessed approximately 73 kilograms of khat.

b.   On or about August 18, 2005, in Rego Park, New York, HASSAN SADIQ MOHAMED, a/k/a "Gacal," and MUHIDIN MOHAMED, a/k/a "Muqabelow," possessed approximately 87.49 kilograms of khat.

c.   In or about December 2005, in New York, OSMAN OSMAN, the defendant, received a shipment of khat in the United Nations diplomatic pouch.

d.   On or about December 13, 2005, in Fort Lee, New Jersey, OSMAN OSMAN and ISSE ABDIWAAB, a/k/a "Numberka," the defendants, possessed khat, which OSMAN had received in the United Nations diplomatic pouch.

e.   On or about January 20, 2006, at Dulles International Airport in Virginia, two human couriers possessed approximately 73 kilograms of khat that were to be delivered to BASHI MUSE, the defendant.

        f.    On or about January 27, 2006, in New York, ISMACIIL GEELE, the defendant, attempted to receive a package containing approximately 40 kilograms of khat, which was seized by law enforcement.

        g.    On or about January 31, 2006, in Maine, ABDULAHI HUSSEIN, the defendant, spoke with a law enforcement officer acting in an undercover capacity (the "Undercover") about recruiting the Undercover to fly to London and then return to the United States carrying khat.

        h.    On or about February 10, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and ALI DUALEH, a/k/a "Xidig," the defendants, spoke by telephone about the rate DUALEH would charge to launder khat proceeds for AWAD.

        i.    On or about February 13, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, retrieved packages containing khat from a commercial mail delivery company.

        j.    On or about February 16, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive a package, which was seized by law enforcement, containing approximately 25 kilograms of khat that had been shipped to New York from the Netherlands.

        k.    On or about February 17, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to send packages

containing approximately 45 kilograms of khat to California, which were seized by law enforcement.

l.    On or about February 21, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, and a co-conspirator not named as a defendant herein retrieved packages containing khat from a commercial mail delivery company.

m.    On or about February 23, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," and MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," the defendants, possessed approximately 16 kilograms of khat, which was seized by law enforcement.

n.    On or about February 25, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, told ISSE ALI SALAD, the defendant, over the telephone that SOFIA ROBLES, a/k/a "Marcus," the defendant, had described AWAD as the "king" of the khat business.

o.    On or about February 26, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive packages containing approximately 100 kilograms of khat, which were seized by law enforcement, and which were to be distributed by OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," and ISSE ALI SALAD, the defendants.

p.    On or about March 2, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to receive a package

containing approximately 48 kilograms of khat, which was seized
by law enforcement.

       q.   On or about March 8, 2006, in New York, New
York, LIBAN HASHI, the defendant, attempted to receive a package
containing approximately 40 kilograms of khat, which was seized
by law enforcement.

       r.   On or about March 9, 2006, BASHI MUSE, the
defendant, told a co-conspirator not named as a defendant herein
over the telephone that "his experience in Columbus, [Ohio] was
terrible, because Somalis living there have been ruined by khat."

       s.   On or about March 13, 2006, ALI AWAD, a/k/a
"Alex," a/k/a "Ali Osman," and AHMED ISMAIL, a/k/a "Bistollo,"
the defendants, spoke by telephone about ISMAIL distributing khat
for AWAD.

       t.   On or about March 13, 2006, in Ohio, MAXAMED
ABSHAR and HUSSEIN AHMED MOHAMED, the defendants, possessed
approximately 77 kilograms of khat, which was seized by law
enforcement.

       u.   On or about March 13, 2006, BASHI MUSE and
ABSHIR AHMED, a/k/a "Liban," the defendants, spoke by telephone
about the seizure of approximately 77 kilograms of khat in Ohio.

       v.   On or about March 15, 2006, ALI AWAD, a/k/a
"Alex," a/k/a "Ali Osman," the defendant, told a co-conspirator
not named as a defendant herein over the telephone that AWAD
"runs the city of Minneapolis and he is the biggest mafia."